


UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
JANUARY 22, 2020 SESSION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:20-00011
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

AKEEM R. DICKERSON

**I N D I C T M E N T**
(Felon in Possession of Firearm)

The Grand Jury Charges:

1.   On or about August 31, 2019, at or near Princeton, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant AKEEM R. DICKERSON did knowingly possess a firearm, that is, a Springfield, model XDS, .45 caliber semi-automatic handgun, in and affecting interstate commerce.

2.   At the time defendant AKEEM R. DICKERSON possessed the aforesaid firearm, he knew he had been convicted of crimes, each punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is convicted on or about July 12, 2012, in the Circuit Court of McDowell County, West Virginia, of Voluntary Manslaughter, in violation of W. Va. Code § 61-2-4, and Wanton Endangerment Involving a Firearm, in violation of W. Va. Code § 61-7-12.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                      MICHAEL B. STUART
                      United States Attorney

By: *[signature]*
                      TIMOTHY D. BOGGESS
                      Assistant United States Attorney